**FILED**
June 1, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR S-07-0204 LKK
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
BRYAN TRAVIS BAKO, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BRYAN TRAVIS BAKO</u>, Case No. <u>CR S-07-0204 LKK</u>, Charge <u>18 USC § 1344</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   X    Bail Posted in the Sum of $<u>25,000</u>

         X    Unsecured Appearance Bond

         __   Appearance Bond with 10% Deposit

         __   Appearance Bond with Surety

         __   Corporate Surety Bail Bond

         X    (Other)   <u>with pretrial supervision and conditions; third party custody to The Effort, Inc.; USM to release defendant to the custody of Pretrial services the morning of June 4, 2007.</u>

Issued at <u>Sacramento, CA</u> on <u>June 1, 2007</u> at <u>3:45</u> pm.

                                    By  _____
                                         Dale A. Drozd
                                         United States Magistrate Judge