```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRYAN BAKO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR-S-07-204 LKK |
|                Plaintiff,  ) | |
|                            ) | STIPULATION AND ORDER |
|     v.                        ) | CONTINUING STATUS CONFERENCE |
|                            ) | AND EXCLUDING TIME |
| BRYAN BAKO                      ) | |
|                            ) | DATE: July 24, 2007 |
|            Defendant.  ) | TIME: 9:30 a.m. |
|                            ) | JUDGE: Lawrence K. Karlton |
| _____) | |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, Bryan Bako, that the current Status Conference date of June 19, 2007 be vacated, and a new Status Conference date of July 24, 2007 at 9:30 a.m. be set.

     This continuance is requested because defense counsel is currently out of the office on medical leave due to recent surgery and will have limited mobility when she returns.  She will need additional time to prepare, to review recently-received discovery, to conduct ongoing

investigation, to interview potential witnesses, and to confer with Mr. Bako at The Effort upon her return to the office.

It is further stipulated and agreed between the parties that the period beginning June 19, 2007 through and including July 24, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: June 12, 2007

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Daniel Broderick for
    LINDA HARTER
    Chief Assistant Federal Defender
    Attorney for Defendant
    BRYAN BAKO

Dated: June 12, 2007

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Daniel Broderick for
    MICHELLE RODRIGUEZ
    Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the

1 | interests of the public and the defendant in a speedy trial.
2 | IT IS SO ORDERED.
3 | DATED: June 13, 2007

```
                                    /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```