```
McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br> BRYAN TRAVIS BAKO,           )<br>                             )<br>          Defendant.         )<br> _____) | CR. NO. S-07-204-LKK<br><br><br><br><br>ORDER RE TIME EXCLUDED<br>UNDER SPEEDY TRIAL ACT<br>AND ORDER SETTING FURTHER<br>STATUS HEARING |

On July 24, 2007, this matter came before the Court for status hearing. At the hearing, AUSA Rodriguez appeared for the United States, and counsel for the defendant, Linda Harter, Esq., appeared with defendant Bako.

At the July 24, 2007 hearing, defendant Bako informed the court that he had obtained retained counsel, Joseph A. Welch. Thereafter, Ms. Harter was relieved as defendant Bako's appointed counsel. Ms. Harter informed the Court that the volume of discovery -- already provided to defense counsel by the United States -- will (on July 24, 2007) be turned over to Mr. Welch for his preparation in the case.

Also at the July 24, 2007 hearing, defendant Bako, by and through his retained counsel (Welch), requested that the hearing

**1**

1 | be continued to September 18, 2007 for further status hearing.
2 | Thereafter, the parties jointly requested that time be excluded
3 | under the Speedy Trial Act.  The parties agreed to find excludable
4 | time from July 24, 2007 up to and including September 18, 2007 for
5 | preparation of defense counsel.  Defendant Bako himself understood
6 | and agreed that this case be continued for preparation of his
7 | retained counsel.
8 |     Accordingly, the parties jointly requested that the hearing
9 | on July 24, 2007 be continued to September 18, 2007 and jointly
10 | requested that time be excluded under the Speedy Trial Act.  The
11 | parties agreed to find excludable time from July 24, 2007 up to
12 | and including September 18, 2007.  The parties requested exclusion
13 | of time under 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4
14 | (preparation by counsel).
15 | -------------------------------------------
16 | IT IS HEREBY ORDERED AS FOLLOWS:
17 |     1.  The July 24, 2007 status hearing in this matter is
18 |         continued to September 18, 2007 at 9:30 a.m. for further
19 |         status hearing and or change of plea hearing.
20 |     2.  The parties' joint stipulation for the Court to allow
21 |         time to be excluded under the speedy trial act is
22 |         granted for preparation of counsel as follows: from July
23 |         24, 2007 up to and including September 18, 2007 under 18
24 |         U.S.C. §§ 3161 (h)(8)(B)(ii) and (iv).
25 |
26 | DATED: July 30, 2007
27 |                                   LAWRENCE K. KARLTON
28 |                                   SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT