McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRYAN TRAVIS BAKO,<br><br>　　　　　Defendant. | CR. NO. S-07-204-LKK<br><br>ORDER RE TIME EXCLUDED<br>UNDER SPEEDY TRIAL ACT<br>AND ORDER SETTING FURTHER<br>STATUS HEARING |

　　　On September 18, 2007, this matter came before the Court for status hearing.  At the hearing, AUSA Rodriguez appeared for the United States, and counsel for the defendant, Joseph A. Welch, Esq., appeared with defendant Bako.

　　　At the status hearing, defendant Bako, by and through his retained counsel, requested that the hearing be continued to October 23, 2007.  Thereafter, the parties jointly requested that time be excluded under the Speedy Trial Act.  The parties agreed to find excludable time from September 18, 2007 up to and including October 23, 2007 for preparation of defense counsel.  Defendant Bako himself understood and agreed that this case be continued for preparation of his retained counsel.

**1**

Accordingly, and for the reasons set forth herein, the parties jointly request the court enter an order as follows: (1) that the status hearing on September 18, 2007 be continued to October 23, 2007, and (2) that time be excluded under the Speedy Trial Act under 18 U.S.C. § 3161(h)(8)(B)(iv).  Local Code T4 (preparation by counsel).

DATED:   9/19/07                     McGREGOR W. SCOTT
                                     United States Attorney

                                          /s/Michelle Rodriguez
                                     By:_____
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney

-------------------------------------------

IT IS HEREBY ORDERED AS FOLLOWS:

1. The September 18, 2007 status hearing in this matter is continued to October 23, 2007 at 9:30 a.m. for further status hearing and or change of plea hearing.
2. The parties' joint stipulation for the Court to allow time to be excluded under the speedy trial act is granted for preparation of counsel as follows: from September 18, 2007 up to and including October 23, 2007 under 18 U.S.C. §§ 3161 (h)(8)(B)(ii) and (iv).

DATED: September 26, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**2**