1

2  JOSEPH A. WELCH, ESQ. STATE BAR NO. 119312
   Law Offices of
3  **HINTZ & WELCH**
4  1006 4th Street, Suite 220
   Sacramento, California 95814
5  Telephone:  (916) 444-5203
   Telecopier:  (916) 444-8702
6
   Attorneys for Defendant
7  BRYAN TRAVIS BAKO

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  **UNITED STATES OF AMERICA,**            Case No. 2:07-cr-00204-LKK

12               **Plaintiff,**        )
                                        **STIPULATION AND**
13                                 )    **ORDER**

14  **vs.**
                                   )
15  **BRYAN TRAVIS BAKO,**
                                   )
16               **Defendant.**
                                   )
17
                                   )
18
                                   )
19
                                   )
20
                                   )
21
                                   )
22
                                   )
23
                                   )
24
                                   )
25

26       IT IS HEREBY STIPULATED between the following parties, Plaintiff United States of

27  America, by and through United States Attorney McGregor W. Scott and Assistant United States

28  Attorney Michelle Rodriguez, and Defendant Bryan Travis Bako, through his attorney, Joseph

    A. Welch, as follows:

         That the Sentencing Date currently set for January 8, 2008 be vacated and a new

1

2  sentencing date be scheduled on March 25, 2008 at 9:30 a.m. to allow U.S. Probation  additional

3  time to prepare the Pre-Sentence Report and for the parties to comply with all applicable

4  deadlines.

5          All counsel have consulted and have agreed to the new dates which were also discussed

6  with U.S. Probation.

7                                                                  Respectfully submitted,

8  Dated:  December 27, 2007                          /s/ Joseph A. Welch_____
9                                                                  JOSEPH A. WELCH
10                                                                Attorney for Defendant
                                                                   BRYAN TRAVIS BAKO
11
    Dated:   December 27, 2007                        /s/ Michelle Rodriguez____
12                                                                MICHELLE RODRIGUEZ
13                                                                Assistant U.S. Attorney
                                                                   Attorney for Plaintiff
14

15                                           **<u>ORDER</u>**

16

17  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Sentencing Date currently set for

18  January 8, 2008 be vacated and a new Sentencing Date be scheduled for March 25, 2008 at 9:30

19  a.m.

20  Dated: January 2, 2008

21

22

23                          LAWRENCE K. KARLTON
24                          SENIOR JUDGE
                             UNITED STATES DISTRICT COURT
25

26

27

28